Lily Ehrlich and Joseph C. Ehrlich, Plaintiffs, v. Rubin Solove and Morris Brox, Appellants, and Wolf Gordon, Inc., Impleaded Defendant, Respondent, Impleaded by the Defendants Rubin Solove and Morris Brox.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of Supplementary Proceedings: Mary Krulish and Joseph Krulish, Judgment Creditors, v. Rose A. Krulish, Judgment Debtor, Respondent. (Alfred E. Herz, Appellant.) — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Larchmont Development Company, Inc., Respondent, v. Charles Allen, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

Myron Winters v. North Kensington Refinery, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Faige Leah Abramowitz v. Equitable Life Assurance Society of the United States.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of Eleanor Forde, Deceased, as a Will of Real and Personal Property and the Application for a Construction of Said Will. Harry Forde and Another. Alfred B. Maclay, as Executor, etc., of Eleanor Forde, Deceased. Morris H. Panger, Special Guardian for Jeanne Forde.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

John J. Canevari v. The New York Edison Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Cohn, JJ.

James J. Hurley and Others v. John Molloy and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Jeannette Ford v. Montgomery P. Ford.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of The Rudolph Wurlitzer Company for an Order Directing the Register of the County of New York to File and Enter a Satisfaction of Conditional Sale Contract, Pursuant to Section 72 of the Personal Property Law, in Such Cases Made and Provided for against Martha Byrne,